MICHAEL C. HALLERUD, State Bar No. 68971
hallerud@nixonpeabody.com
BONNIE GLATZER, State Bar No. 147804
bglatzer@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant and Counterclaimant
IGATE TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARETHA DODD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IGATE TECHNOLOGIES, INC., a Pennsylvania corporation; MUKUND SRINATH, an individual; and DOES 1 through 200,<br><br>　　　　　Defendants. | Case No. 3:15-cv-00431-VC<br><br>Hearing Date: April 2, 2015<br>Time:　　　　10:00 a.m.<br><br>**DECLARATION OF VENKAT VIJAYARAGAVAN IN SUPPORT OF IGATE TECHNOLOGIES, INC.'S FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| IGATE TECHNOLOGIES, INC.,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>KARETHA DODD,<br><br>　　　　　Counter-Defendant. | |

　　　　VENKAT VIJAYARAGAVAN does hereby depose and declare:

　　　　1.　　This Declaration is made on my personal knowledge. If called upon to testify, I would testify competently as follows.

　　　　2.　　I am employed by IGATE Technologies, Inc. ("IGATE") as Vice President-Finance,

responsible for IGATE's finance and accounting records, processes, and controls. Among my responsibilities is assuring that all business expenses, including expenses incurred by IGATE employees in the course of their employment and submitted to IGATE for reimbursement, are supported by documentation sufficient under generally accepted accounting principles.

3. Attached hereto as Exhibit A are receipts as submitted to IGATE by Plaintiff Karetha Dodd ("Dodd") to support her request for reimbursement of travel expenses she incurred while employed as IGATE's Vice President-Head of Legal (Americas). Among the receipts in Exhibit A is a receipt for a cabin upgrade on British Airways Flight No. 138, departing Mumbai for London Heathrow Airport on September 26, 2012.

4. Attached hereto as Exhibit B is the documentation, dated September 7, 2012, of the original air travel arrangements and charges for Dodd's business trip from the United States to India and back in September 2012. Dodd's original itinerary, as set forth on Exhibit B, was for a departure from the United States on September 16 and a return from India starting on British Airways Flight No. 138, departing Mumbai on September 29, 2012.

5. Attached hereto as Exhibit C is the documentation, dated September 23, 2012, of the revised travel arrangements and change fees for Dodd's September 2012 business trip from the United States to India and back. Dodd's revised itinerary rescheduled her departure from Mumbai at 0235 hours [2:35 a.m.] Indian Standard Time, arriving London Heathrow Airport at 7:30 a.m. local time, both on September 26, 2012.

6. Attached hereto as Exhibit D are receipts as submitted to IGATE by Dodd to support her request for reimbursement of travel expenses she incurred for her September 2012 business round trip from the United States to India. Among the receipts in Exhibit D is Dodd's receipt for a refreshment at The Bridge Bar at London Heathrow Airport at 9:41 a.m. local time on September 26, 2012.

///

///

7. Exhibits A-D are maintained and relied upon by IGATE in the usual course of business. Exhibits A-D are sufficient, contemporaneous transaction documentation under generally accepted accounting principles. I am a custodian of Exhibits A-D.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Signed this 24 day of February 2015 at Milpitas, California.

_____
Venkat Vijayaragavan

4817-6628-4834.1

# Exhibit A

## British Airways — MCO Passenger Receipt

**XXXXXXXX BRITISH AIRWAYS XXXXXXX**

MCO PASSENGER RECEIPT
17SEP12  91491050  GB
WL  TERM 5A HEATHROW A/P

MISCELLANEOUS CHARGES ORDER

THIS IS YOUR RECEIPT

DODD/KARETHAANITAMRS
TO BRITISH AIRWAYS AT LONDON
L/HAUL UPGRADE PROMOTION
NONREFUNDABLE VALID BA ONLY FLT DTE SHOWN

6KZKG4/1A

125-2492968312

FARE GBP189.00 TTL GBP189.00
UPGRADE M-W BA119 17SEP LHRBLR

**GBP 189.00**

AXXXXXXXXXXXX1008/1012/ C 115668

GBP 189.00

O 125 2702833658 3

NOT VALID FOR TRAVEL OR PAYMENT

---

**XXXXXXXX BRITISH AIRWAYS XXXXXXX**

MCO PASSENGER RECEIPT
26SEP12  14393750  IN
MA  INDIA

MISCELLANEOUS CHARGES ORDER

THIS IS YOUR RECEIPT

DODD/KARETHAANITAMRS
TO BRITISH AIRWAYS AT MUMBAI
L/HAUL UPGRADE PROMOTION
NONREFUNDABLE VALID BA ONLY FLT DTE SHOWN

6KZKG4/1A

125-2492968313

FARE INR12600 TTL INR12600
UPGRADE M-W BA138 26SEP BOMLHR

**INR 12600**

AXXXXXXXXXXXX1008/1012/ C 185752

INR 12600

O 125 2702861069 2

NOT VALID FOR TRAVEL OR PAYMENT

---

HMSHOST
STARBUCKS COFFEE T4 ARRIVAL
LOS ANGELES INT'L AIRPORT

6603 Robin
CHK 8048 SEP16'12 11:25AM

1 GRND VAN LATTE      4.75
1 FRUIT SALAD         4.00
1 DRY CASHEW 1.5      1.75

SUBTOTAL             10.50
TAX                   0.92
AMOUNT               11.42
XXXXXXXXXXXXXXXX     XX/XX
AMEX                 11.42
A3

GOT 5 STAR SERVICE?
Contact LAXGM@HMSHOST.COM
or Call 310.642.9542

# Exhibit B

# MyLowFare.com

USA Office Address:
28551, Southfield Road, Suite 203, Lathrup Village, MI 48076 USA
Phone: (800) 688 0051, (248) 440 9067, (248) 559 2800
Fax: (248) 251 0214
email: info@MyLowFare.com
website: http://www.MyLowFare.com

| **Invoice #:** 20452 | **Date:** Sep 7, 2012 |
|---|---|
| Name: | iGate |
| Email: | traveldesk@igate.com |
| Phone: | |
| Customer Reference ID: | 93166 |

**Passenger Information:**

| Name | Type | Reservation code | Fare |
|---|---|---|---|
| DODD / KARETHA ANITA | Adult | 6KZKG4 / MYCTOI / 1252492968312 | $2,102.41 |
| | | Total Amount: | $2,102.41 |

**Payment Information:**

| Payment By: | Check |
|---|---|
| Payment Status: | Received on Sep 16, 2012 |

**Itinerary:**

```
Paid via old invoice 20394

                             DODD/KARETHA ANITA MRS

   SERVICE         FROM                   TO
-------------- ------------------   --------------------
AMERICAN AIRLINES - AA 3115
SUN 16SEP       SAN JOSE-CA           LOS ANGELES-CA
                SAN JOSE MNPL         LOS ANGELES INTL
NON STOP        TERMINAL A            TERMINAL 4
     Depart:0925        Arrive:1045        DURATION 1:20
                                      NON SMOKING
              RESERVATION CONFIRMED
FOOD FOR PURCHASE SERVED
OPERATED BY - AMERICAN EAGLE
EQUIPMENT:    EMBRAER RJ140
---------------------------------------------------------
BRITISH AIRWAYS - BA 278            WORLD TRAVELLER
SUN 16SEP       LOS ANGELES-CA        LONDON-GB
                LOS ANGELES INTL      HEATHROW
NON STOP        TERMINAL B            TERMINAL 5
     Depart:1540        Arrive:1000  17SEP DURATION 10:20
                                      NON SMOKING
              RESERVATION CONFIRMED
MEAL SERVED
              VEGETARIAN HINDU MEAL    CONFIRMED
EQUIPMENT:    BOEING 777-200/300
---------------------------------------------------------
BRITISH AIRWAYS - BA 119            WORLD TRAVELLER
MON 17SEP       LONDON-GB             BENGALURU-IN
                HEATHROW              BENGALURU INTL
NON STOP        TERMINAL 5
     Depart:1410        Arrive:0430  18SEP DURATION 9:50
                                      NON SMOKING
              RESERVATION CONFIRMED
MEAL SERVED
              VEGETARIAN HINDU MEAL    CONFIRMED
EQUIPMENT:    BOEING 747-400
---------------------------------------------------------
BRITISH AIRWAYS - BA 138            WORLD TRAVELLER
SAT 29SEP       MUMBAI-IN             LONDON-GB
                CHHATRAPATI SHIVAJI   HEATHROW
```

```
NON STOP           TERMINAL 2            TERMINAL 5
        Depart:0235        Arrive:0730         DURATION 9:25
                                          NON SMOKING
                      RESERVATION CONFIRMED
MEAL SERVED
                      VEGETARIAN HINDU MEAL    CONFIRMED
EQUIPMENT:            BOEING 777-200/300
---------------------------------------------------------
BRITISH AIRWAYS - BA 295              WORLD TRAVELLER
SAT 29SEP         LONDON-GB            CHICAGO-IL
                  HEATHROW             O HARE INTL
NON STOP           TERMINAL 5            TERMINAL 5
        Depart:1145        Arrive:1415         DURATION 8:30
                                          NON SMOKING
                      RESERVATION CONFIRMED
MEAL SERVED
                      VEGETARIAN HINDU MEAL    CONFIRMED
EQUIPMENT:            BOEING 777-200/300
---------------------------------------------------------
AMERICAN AIRLINES - AA 827
SAT 29SEP         CHICAGO-IL           SAN JOSE-CA
                  O HARE INTL          SAN JOSE MNPL
NON STOP           TERMINAL 3            TERMINAL A
        Depart:1910        Arrive:2135         DURATION 4:25
                                          NON SMOKING
                      RESERVATION CONFIRMED
FOOD FOR PURCHASE SERVED
EQUIPMENT:            BOEING 737-800
---------------------------------------------------------
RESERVATION NUMBER(S)   AA/BRODZF

DODD/KARETHA ANITA MRS        TICKET: BA/ETKT 125 2492968312-13


+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

TICKETING DATE:           05 SEP 12
SABRE REFERENCE:          MYCTOI
TICKET NUMBER:            5897130092353
ISSUING AIRLINE:          JET AIRWAYS
AIRLINE REFERENCE CODE:   9W/MYCUWO

FOR: DODD/KARETHA ANITA

 25 SEP 12  -  TUESDAY
    AIR    JET AIRWAYS         FLT:7008    ECONOMY         FOOD FOR PURCHASE
           OPERATED BY JETKONNECT
           LV BENGALURU                    950A            EQP: BOEING 737-900
                                                           02HR 40MIN
           AR DELHI                        1230P           NON-STOP
           ARRIVE: TERMINAL 3                              REF: MYCUWO

 27 SEP 12  -  THURSDAY
    AIR    JET AIRWAYS         FLT:7083    ECONOMY         FOOD FOR PURCHASE
           OPERATED BY   JETKONNECT
           LV DELHI                        405P            EQP: BOEING 737-700
           DEPART: TERMINAL 3                              02HR 00MIN
           AR MUMBAI                       605P            NON-STOP
           ARRIVE: TERMINAL 1B - DOMESTIC                  REF: MYCUWO
```

**Ticketing Agent:**

Name:   Jagadish     Email: jagadish@mylowfare.com

**Terms & Conditions:**

All Travel Bookings through MyLowFare.com are subject to Terms & Conditions listed on the web page
http://www.MyLowFare.com/Html/TermsConditions.htm.

Penalties apply for Cancellation/Change of Date/Reissue and varies from $325 or more for each passenger.

Each passenger is allowed to check in 2 baggages of 50lbs each in most airlines. Some airlines may allow more. Please verfiy by calling the airline.

All passengers are requested to reconfirm their reservations by calling the airlines directly at least 72 hours before departure.
Airline Phone numbers are available on our web site at http://www.mylowfare.com/Html/airline_number.htm.

Thank you for Choosing MyLowFare.com for your Travel Services

# Exhibit C

# MyLowFare.com

USA Office Address:
28551, Southfield Road, Suite 203, Lathrup Village, MI 48076 USA
Phone: (800) 688 0051, (248) 440 9067, (248) 559 2800
Fax: (248) 251 0214
email: info@MyLowFare.com
website: http://www.MyLowFare.com

| | |
|---|---|
| **Invoice #:** 20798 | **Date:** Sep 23, 2012 |
| Name: | IGATE |
| Email: | TRAVELDESK@IGATE.COM |
| Phone: | (877) 924 4283 |
| Customer Reference ID: | 93166 |

**Passenger Information:**

| Name | Type | Reservation code | Fare |
|---|---|---|---|
| DODD / KARETHA ANITA | Adult | 6KZKG4 / 1252492968312 | $325.00 |
| | | Total Amount: | $325.00 |

**Payment Information:**

| | |
|---|---|
| Payment By: | Check |
| Payment Status: | Received on Oct 11, 2012 |

**Itinerary:**

```
                     ELECTRONIC TICKET
                  PASSENGER ITINERARY RECEIPT

DATE: 23 SEP 2012
NAME: DODD/KARETHAANITAMRS

ISSUING AIRLINE                     : BRITISH AIRWAYS
TICKET NUMBER                       : ETKT 125 2492968312-13
BOOKING REF : AMADEUS: 6KZKG4, AIRLINE: BA/NOSYNC

FROM /TO          FLIGHT   CL DATE    DEP      FARE BASIS     NVB    NVA    BAG  ST

SAN JOSE          AA 3115  N  16SEP   0925     NLGVIUQ        16SEP  16SEP  2PC  OK
TERMINAL:A
LOS ANGELES                      ARRIVAL TIME: 1045
TERMINAL:4

LOS ANGELES       BA 278   N  16SEP   1540     NLGVIUQ        16SEP  16SEP  2PC  OK
TERMINAL:B
LONDON LHR                       ARRIVAL TIME: 1000
TERMINAL:5

LONDON LHR        BA 119   N  17SEP   1410     NLGVIUQ        17SEP  17SEP  2PC  OK
TERMINAL:5
BENGALURU                        ARRIVAL TIME: 0430


MUMBAI            BA 138   K  26SEP   0235     KLGVIUQ        29SEP  29SEP  2PC  OK
TERMINAL:2
LONDON LHR                       ARRIVAL TIME: 0730
TERMINAL:5

LONDON LHR        BA 1544  K  26SEP   1250     KLGVIUQ        29SEP  29SEP  2PC  OK
TERMINAL:3            FLIGHT OPERATED BY:  AMERICAN AIRLINES
CHICAGO ORD                      ARRIVAL TIME: 1530
TERMINAL:5

CHICAGO ORD       BA 6868  K  26SEP   1910     KLGVIUQ        29SEP  29SEP  2PC  OK
TERMINAL:3            FLIGHT OPERATED BY:  AMERICAN AIRLINES
SAN JOSE                         ARRIVAL TIME: 2135
TERMINAL:A
```

```
AT CHECK-IN, PLEASE SHOW A PICTURE IDENTIFICATION AND THE DOCUMENT YOU GAVE
FOR REFERENCE AT RESERVATION TIME

BAGGAGE POLICY
SJCBLR
1ST CHECKED BAG:    FREE OF CHARGE     STD SIZE BAG UP TO 23KG/51LB
                                       OR  SPORTS EQUIPMENT 23KG/51LB
                                       OR  MUSICAL INSTRUMENT 23KG/51LB
                                       OR  MEDIA EQUIPMENT 23KG/51LB
2ND CHECKED BAG:    FREE OF CHARGE
BOMSJC
1ST CHECKED BAG:    FREE OF CHARGE     STD SIZE BAG UP TO 23KG/51LB
                                       OR  SPORTS EQUIPMENT 23KG/51LB
                                       OR  MUSICAL INSTRUMENT 23KG/51LB
                                       OR  MEDIA EQUIPMENT 23KG/51LB
2ND CHECKED BAG:    FREE OF CHARGE

LB = WEIGHT IN POUNDS, KG = WEIGHT IN KILOS,
IN = LENGTH IN INCHES, CM = LENGTH IN CENTIMETERS

BAGGAGE ALLOWANCE AND CHARGES ARE PROVIDED FOR INFORMATION ONLY.
ADDITIONAL DISCOUNTS MAY APPLY DEPENDING ON ADVANCE PURCHASE OR
FLYER-SPECIFIC FACTORS (E.G. FREQUENT FLYER STATUS, MILITARY,
CREDIT CARD USED FOR PURCHASE, EARLY PURCHASE OVER THE INTERNET,
ETC.)
```

**Ticketing Agent:**

Name:     Ravi     Email: ravishankar@mylowfare.com

**Terms & Conditions:**

All Travel Bookings through MyLowFare.com are subject to Terms & Conditions listed on the web page
http://www.MyLowFare.com/Html/TermsConditions.htm.

Penalties apply for Cancellation/Change of Date/Reissue and varies from $325 or more for each passenger.

Each passenger is allowed to check in 2 baggages of 50lbs each in most airlines. Some airlines may allow more. Please verfiy by calling the airline.

All passengers are requested to reconfirm their reservations by calling the airlines directly at least 72 hours before departure.

Airline Phone numbers are available on our web site at http://www.mylowfare.com/Html/airline_number.htm.

Thank you for Choosing MyLowFare.com for your Travel Services

**Exhibit D**

```
           Costa Coffee
    Terminal 5, Arrivals, Land side
    Heathrow, Hounslow, London, TW6 2GA
           Tel: 02082 835 004

Costa
VAT NO:243 292 864
BARBARA 17/09/2012 10:24

Till 2  sale 242913

  1 Ham & Ch T TA
  1 Van Latte Medio TA          2.85*
  1 Cream TA                    2.75*
                                0.35
           TOTAL
                                5.95
           CARD
                                5.95
           CHANGE
           V.A.T.               0.00
                                0.94

Tell us about your visit, we're listening
Text to 07537 412221 or visit website
costafeedback.co.uk. See web for T&Cs
       store reference: 43024645

*********************************
    YOU COULD HAVE EARNED 25 POINTS
      BY USING A COFFEE CLUB CARD

Forgotten your card? Bring your card and
surrender this receipt by 15/10/2012
to collect these points at participating
                stores.
*********************************
```

```
CHS LAX INTL NORTHSIDE

*********************************
Northside Bar & Deli  Order 5995
LOS ANGELES
Tel  (310) 215-4203

09/16/12  2:34 PM
Table  Cust 1
Waiter 51 Leslie Godinez/1051
*********************************

1 Chipotle Chix Quesadilla   13.99

         Taxable:             13.99
                             ------
         Sub-total:           13.99
         Taxes:                1.22

         Total Due:           15.21

AmEx                          15.21

Thank You,
Please Come Again Soon.
```

```
** CARDHOLDER COPY **

THE BRIDGE BAR

HEATHROW T3

TW6 1AY

Thank You
-----------------------
American Express
379481**********08
SALE
SWIPED
    Please debit my
        account
Amount:        £13.75
Gratuity:       £4.00
TOTAL:         £17.75

SIGNATURE VERIFIED
   Please keep receipt
     for your records
PTID:        28517880
MID:        *****52870
TID:         ****3098
Date:        26/09/2012
Time:        09:41:59
Authcode:          12
```



RAINBOW CAB, INC.
QUICK & COURTEOUS SERVICE

Cab _____    Date 9/16/12
Driver _____  Cab Lic _____
From Home   To San Jose Airport
Meter _____  Fare Charge ____ Paid $23

Tel: (408) 271-9900 • Fax: (408) 971-1938
946 Lincoln Ave. • San Jose, CA 95126
www.Rainbowtaxicab.com